IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Shabbir Hussan,

Plaintiff(s),

v.

Nationwide Credit, Inc.,

Defendant(s).

Case No. 22 CV 247
Judge John Robert Blakey

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: By stipulation and pursuant to Rule 41(a), the Court hereby dismisses this case with prejudice as to Plaintiff's individual claims and without prejudice as to class claims.

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge John Robert Blakey.

Date: 11/28/2022

Thomas G. Bruton, Clerk of Court

G. Lewis , Deputy Clerk